IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN LAMAR WILLIAMS )
)
    Petitioner, )
)
v. ) CASE NO. CV508-34
)
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

O R D E R

Before the Court are several motions filed by Defendant. (Doc. 63, Doc. 68, Doc. 70, Doc. 73, Doc. 74, Doc. 77, Doc. 79, Doc. 82, Doc. 89, Doc. 90, Do. 91, Doc. 92, Doc. 95, Doc. 96, Doc. 97, Doc. 99, Doc. 102, Doc. 103, Doc. 111, Doc. 116, Doc. 124, Doc. 127, Doc. 131, Doc. 135, Doc. 139, Doc. 151, Doc. 154, Doc. 156, Doc. 168, Doc. 172, Doc. 173, Doc. 174.) After careful consideration of each motion and of the entire record in this case, the Court can discern no grounds for relief in these motions. Accordingly, they are **DENIED**.[1]

Further, the Government's The Government's "Motion to Excuse Further Responsive Pleadings to [Defendant's] Motions" (Doc. 84) is **GRANTED**. The Court notes the

---

[1] Defendant has also filed additional motions (Doc. 142, Doc. 159) which are **DISMISSED AS MOOT**.

Government's standing opposition to all further motions that Defendant may file.

SO ORDERED this 15th day of February 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA