IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS, )
)
    Petitioner, )
)
v. ) CASE NO. CV508-034
)           CR506-014
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## O R D E R

Before the Court are Petitioner's Motion to Dismiss for Lack of Prosecution (Doc. 176), Motion to Reopen Case as to Prejudice (Doc. 178), and Motion Relating Back Under Extraordinary Circumstances (Doc. 194). After careful consideration of the record in this case, Petitioner's motions are **DENIED**.

SO ORDERED this **30th** day of August 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U.S. DISTRICT COURT
Southern District of GA
Filed In Office
8/30/ 20 17
Deputy Clerk